**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DAMON STEWART,

        Petitioner,                  Case Number: 2:10-CV-12485

v.                                     HON. GEORGE CARAM STEEH

CAROL HOWES,

        Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTION TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

The Court denied Petitioner Damon Stewart's petition for a writ of habeas corpus and declined to issue a certificate of appealability. Now before the Court is Petitioner's Motion to Proceed In Forma Pauperis on Appeal.

Federal Rule of Appellate Procedure 24(a)(1) provides that a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. An appeal may not be taken in forma pauperis if the court determines that it is not taken in good faith. 28 U.S.C. § 1915(a)(3). "'Good faith' merely requires that the issues are arguable on the merits; it does not require a showing of probable success." *Foster v. Ludwick*, 208 F. Supp. 2d 750, 765 (E.D. Mich. 2002). "[T]o determine that an appeal is in good faith, a court need only find that a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 631 (7th Cir. 2000). An appeal in this case may be taken in good faith. The Court **GRANTS** Petitioner's "Motion to Proceed In Forma Pauperis on Appeal."

**ORDERED.**

Dated: November 3, 2011

                                              S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon Damon Stewart 208197, 141 First Street, Coldwater, MI 49036 and attorneys of record on November 3, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---